# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DALER KHUSEINOVICH ZIEEV,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**UMED SAIDOV, FARKHOD** )<br>**SAIDOV, TJK TRANSPORT LLC,** )<br>**and FREIGHT ON TIME, LLC,** )<br>)<br>    **Defendants.** )<br>) | **8:16CV56**<br><br>**ORDER** |

This matter is before the court *sua sponte*. On April 21, 2016, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. (Filing No. 10). On May 12, 2016, Plaintiff filed a Rule 26(f) report. (Filing No. 12). However, in reviewing the report, it is not apparent to the court that the report was filed jointly and after meeting and conferring in conformance with Fed. R. Civ. P. 26(f)(2). As such, counsel and the unrepresented parties are directed to meet and confer and file an updated and joint Rule 26(f) report. Accordingly,

**IT IS ORDERED:** The parties shall meet and confer and provide an updated and joint report to the court in accordance with Fed. R. Civ. P. 26(f) on or before September 16, 2016.

  **DATED:** August 30, 2016.

                            **BY THE COURT:**

                            **s/ F.A. Gossett**
                            **United States Magistrate Judge**

1