# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALER KHUSEINOVICH ZIEEV,<br><br>        Plaintiff,<br><br>vs.<br><br>UMED SAIDOV, AND FARKHOD SAIDOV,<br><br>        Defendants. | 8:16CV56<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 19). Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the Motion should be granted, and the above-captioned action should be dismissed without prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Dismiss (Filing No. 19) is granted;

2. The above-captioned action is dismissed without prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 26th day of September, 2016

                                            BY THE COURT:

                                            s/Laurie Smith Camp<br>
                                            Chief United States District Judge